New England Company, Appellee, v. Parking Meter Corporation of America, Appellee.
Miller Meters, Inc. and Duncan Meter Corporation, Appellees. Newman S. Price, Appellee, v. Harvey Shaw, Appellant.

Gen. No. 41,441.

Heard in second division, first district, this court at October term, 1940; opinion filed November 28, 1941. Jack E. Dwork and Harry G. Fins, for appellant; Samuel G. Rautbord, for certain appellee; William H. Leitner, of counsel. Opinion by JUSTICE FRIEND, "Not to be published in full."